# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

## MEDIATION REPORT

**Case No.:** 1:24-cv-00054  **Case Name:** Old School Sales v. Cooper et al

**Mediator Name:** Carlos González

**Mediator Phone:** 770-908-1113  **E-mail:** cag@gonzalez-law.com

**Date(s) of Mediation:** December 11, 2024

**Check All That Apply**:

☐ All required parties participated in the mediation.

☑ The parties resolved all issues. A notice, stipulation, or proposed order of dismissal will be filed with the court by June 1, 2025

☐ The parties resolved some, but not all issues. Please describe resolved and unresolved issues:

☐ The parties agreed to continue the mediation. Date(s):

☐ The parties reached an impasse.

**Comments**:

The proposed order of dismissal will be delayed because it will be filed after payment, and the approval process for the payment may take some time. Defendants to this litigation are government entities that must seek approval from various officials and boards who will have to convene and review the settlement proposal. Defendants have no control over when these entities convene and how long their review process may take.

## Reporting Instructions

A. Mediators must file this report within two (2) business days following the mediation. L.R. 16.05(b). A mediation which continues over multiple consecutive days is considered one mediation for reporting purposes. File a separate Report when the mediation is recessed for five (5) business days or more.

B. Mediators must treat all information revealed in mediation as confidential, except for (i) information that is required to be reported by statute, regulation, or rule, or (ii) information the parties agree may be disclosed.

C. Please file this form electronically in CM/ECF using the "Report of Mediation" event (located under "ADR Documents"). Alternatively, please email the Report to the following address: OperationsManager@tnmd.uscourts.gov.